**ORDERED.**



Ronald Ryan
Attorney for Debtors
1413 E Hedrick Drive
Tucson AZ 85719
(520)298-3333 fax: (520)743-1020
ronryanlaw@cox.net
AZ Bar #018140  Pima Cty #6532

Dated: February 19, 2010

_____
EILEEN W. HOLLOWELL
U.S. Bankruptcy Judge

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF ARIZONA TUCSON

| In re:<br><br>LUIS GROVE<br><br>Debtor | Case No.  4:07-bk-00391-EWH<br><br>**ORDER APPROVING MOTION FOR PAYMENT FROM COURT OF DEPOSITED FUNDS**<br><br>Chapter 13 |
|---|---|

ON this day, came before this Court the Motion to Pay Remaining Unpaid Attorney Fees from Trustee Funds Held or Paid Into Court, and this Court finding it should be approved, it is accordingly,

ORDERED, ADJUDGED AND DECREED that Ronald Ryan shall be paid from the funds the Chapter 13 Trustee deposited with the Court, pursuant to 28 USC 2042, the unpaid amount of attorney's fees for representing Debtor for which there were two Orders approving a total of $2,750.00 through the Chapter 13 Plan.  The remaining unpaid balance of $1,546.06 shall be paid to Ronald Ryan PC, 1413 E. Hedrick Drive, Tucson, AZ 85719, out of the $4,015.01 that was deposited with the Court.

SIGNED THIS DAY.

_____
UNITED STATES BANKRUPTCY JUDGE

ENTRY REQUESTED:
/s/ Ronald Ryan
RONALD RYAN, DEBTOR'S COUNSEL
Above Signature requesting entry indicates that 25 days have passed since the Motion for Approval of Attorney Fees was served and that Counsel is unaware of any Objection.  On 02/19/2010, a copy hereof was served upon Chapter 13 Trustee.